## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jacqueline Amaro                           CHAPTER 13
         Miguel Amaro

                                                  BKY. NO. 19-17699 ELF

                 Debtor(s)

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 and index same on the master mailing list.

                                         Respectfully submitted,
                                         **/s/ Rebecca A. Solarz Esquire**
                                         Rebecca A Solarz, Esquire
                                         Kevin G. McDonald, Esquire
                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106-1532
                                         (215) 627-1322