Certificate Number: 15317-PAE-DE-033880560

Bankruptcy Case Number: 19-17699



15317-PAE-DE-033880560

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 29, 2019, at 6:12 o'clock PM PST, Miguel Amaro completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  December 29, 2019            By:     /s/Lea Sorino

                                    Name:   Lea Sorino

                                    Title:  Counselor