# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | Jacqueline Amaro and Miguel Amaro | : | No. 19-17699 elf |
|---|---|---|---|
| | Debtors | : | Chapter 13 |

## ORDER

AND NOW, this 30th day of December, 2019, debtors are granted an extension of time to file her Chapter 13 Schedules, Statement of Financial Affairs, Plan and all missing documents listed on this Court's Order dated December 11, 2019, an additional fourteen (14) days from December 24, 2019 until January 7, 2020.

_____
Eric L. Frank, Bankruptcy Judge