United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-17699-elf
Jacqueline Amaro                                                      Chapter 13
Miguel Amaro
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Stacey              Page 1 of 1           Date Rcvd: Dec 30, 2019
                            Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2020.
db/jdb        +Jacqueline Amaro,    Miguel Amaro,    4269 Foxwood Cir,    Easton, Pa 18040-6676

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2019 at the address(es) listed below:
              JOHN EVERETT COOK    on behalf of Joint Debtor Miguel  Amaro bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOHN EVERETT COOK    on behalf of Debtor Jacqueline  Amaro bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee
               for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | Jacqueline Amaro and | : | No. 19-17699 elf |
| | Miguel Amaro | : | |
| | Debtors | : | Chapter 13 |
| | | : | |

## ORDER

AND NOW, this ___30th___ day of ___December___, 2019, debtors are granted an extension of time to file her Chapter 13 Schedules, Statement of Financial Affairs, Plan and all missing documents listed on this Court's Order dated December 11, 2019, an additional fourteen (14) days from December 24, 2019 until January 7, 2020.

_____
Eric L. Frank, Bankruptcy Judge