UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Jacqueline Amaro<br>    Miguel Amaro<br><br>                Debtors | Chapter 13<br>Bankruptcy No.19-17699-PMM |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 7th day of May, 2020, by first class mail upon those listed below:

Jacqueline Amaro
Miguel Amaro
4269 Foxwood Cir
Easton, PA  18040

**Electronically via CM/ECF System Only:**

JOHN EVERETT COOK ESQ
2309 MACARTHUR ROAD
WHITEHALL, PA  18052

/s/ Deborah A. Earnshaw
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee