# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jacqueline Amaro<br>           Miguel Amaro<br>                              Debtor(s) | CHAPTER 13 |
| Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3, its successors and/or assigns<br>                              Movant<br>           vs. | NO. 19-17699 PMM |
| Jacqueline Amaro<br>Miguel Amaro<br>                              Debtor(s) | |
| William C. Miller Esq.<br>                              Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3, which was filed with the Court on or about **February 20, 2020, docket number 25**.

                              Respectfully submitted,

                              By: **/s/ Rebecca A. Solarz, Esquire**
                                   Rebecca A. Solarz, Esquire
                                   KML Law Group, P.C.
                                   BNY Mellon Independence Center
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA  19106
                                   215-627-1322
                                   Attorney for Movant/Applicant

May 20, 2020