**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)**

| | |
|---|---|
| **In Re:** | : |
| | : Chapter 13 |
| **Jacqueline Amaro** | : Case No. 19-17699-PMM |
| **Miguel Amaro** | : |
|         **Debtors,** | : |
| ------------------------------------------------- | : |
| U.S. Bank Trust National Association, | : |
| as Trustee of the Igloo Series IV Trust | : |
|         Movant, | : |
| v. | : Hearing: June 23, 2020, at 10:00 a.m. |
| | : Courtroom: 4th Floor |
| Jacqueline Amaro | : |
| Miguel Amaro | : |
|         Debtors, | : |
|    and | : |
| Scott Waterman, Esquire | : 11 U.S.C. §362(d) |
|         Trustee, | : |
|         Respondents. | : |

**ORDER MODIFYING §362 AUTOMATIC STAY**
***NUNC PRO TUNC* AS OF DECEMBER 10, 2019**

AND NOW, upon the Motion of PARKER McCAY P.A. Attorneys for U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust ("Movant") under Bankruptcy Code section 362(d) for relief from the automatic stay, *nunc pro tunc*, as of December 10, 2019 as to certain real property as hereinafter set forth, and for cause shown;

**IT IS ORDERED:**

1. The automatic stay of Bankruptcy Code section 362(a) is vacated, and annulled *nunc pro tunc*, as of December 10, 2019, as to Movant's rights in the following property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

*7021 Hopkins Street, Charlotte, NC 28269*

2.    Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

3.    Any and all foreclosure proceedings heretofore completed against the aforesaid property with the Clerk of the Superior Court of Mecklenburg County, North Carolina, are hereby ratified and confirmed by this Court as not being in violation of the automatic stay, and effectual as if the automatic stay was never in effect.

BY THE COURT

Date: _____                    _____
                        PATRICIA M. MAYER
                        US BANKRUPTCY JUDGE

John Everett Cook, Esq.
The Law Offices of Everett Cook, P.C.
2309 MacArthur Road
Whitehall, PA 18052
**DEBTOR'S ATTORNEY**

Jacqueline Amaro
4269 Foxwood Cir
Easton, Pa 18040
**DEBTOR**

Miguel Amaro
4269 Foxwood Cir
Easton, Pa 18040
**DEBTOR**

SCOTT F. WATERMAN, ESQ.
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
**CHAPTER 13 TRUSTEE**

U.S. Trustee's Office
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
**U.S. TRUSTEE**