**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)**

| | |
|---|---|
| **In Re:** | : |
| | : **Chapter 13** |
| **Jacqueline Amaro** | : **Case No. 19-17699-PMM** |
| **Miguel Amaro** | : |
| Debtors, | : |
| ------------------------------------------- | : |
| U.S. Bank Trust National Association, | : |
| as Trustee of the Igloo Series IV Trust | : |
| | : |
| Movant, | : |
| v. | : Hearing: June 23, 2020, at 10:00 a.m. |
| | : Courtroom: 4th Floor |
| Jacqueline Amaro | : |
| Miguel Amaro | : |
| Debtors, | : |
| and | : |
| Scott Waterman, Esquire | : 11 U.S.C. §362(d) |
| Trustee, | : |
| Respondents. | : |

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that a true and correct copy of U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust's Motion, Notice of Motion, Response Deadline, Hearing Date and proposed Order were served by:

Date Served:    June 1, 2020

**Persons served**:

John Everett Cook, Esq.
The Law Offices of Everett Cook, P.C.
2309 MacArthur Road
Whitehall, PA 18052
*DEBTOR'S ATTORNEY – SERVED ELECTRONICALLY & REGULAR MAIL*

Jacqueline Amaro
4269 Foxwood Cir
Easton, Pa 18040
***DEBTOR – SERVED VIA REGULAR MAIL***

Miguel Amaro
4269 Foxwood Cir
Easton, Pa 18040
***PARTY IN INTEREST – SERVED VIA REGULAR MAIL***

SCOTT F. WATERMAN, ESQ.
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
***CHAPTER 13 TRUSTEE-SERVED ELECTRONICALLY***

U.S. Trustee's Office
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
***SERVED ELECTRONICALLY***

                        By: /s/ Lynne Charlino
                              Lynne Charlino

Dated:  June 1, 2020