UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)

| | |
|---|---|
| **In Re:** : | |
| : | **Chapter 13** |
| **Jacqueline Amaro** : | **Case No. 19-17699-PMM** |
| **Miguel Amaro** : | |
| **Debtors,** : | |
| : | |
| ------------------------------------------------: | |
| : | |
| U.S. Bank Trust National Association, : | |
| as Trustee of the Cabana Series IV Trust : | |
| : | |
| Movant, : | |
| v. : | Hearing: June 30, 2020 at 10:00 a.m. |
| : | Courtroom: 4th Floor |
| Jacqueline Amaro : | |
| Miguel Amaro : | |
| Debtors, : | |
| and : | |
| : | |
| Scott Waterman, Esquire : | 11 U.S.C. §362(d) |
| Trustee, : | |
| : | |
| Respondents. : | |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust, has filed a motion for relief from automatic stay under §362(d) with the court to permit Movant to pursue its rights in the property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

*32 S. 14th Street, Easton PA 18042*

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

1) If you do not want the Court to grant Movant relief from the automatic stay regarding the above property, or if you want the court to consider your views on the motion, then on or before, June 18, 2020, you or your attorney must do all of the following:

    a) File with the Court a written response to Movant's motion explaining your position. Your response must be filed with the Bankruptcy Clerk, at the United States Bankruptcy Court:

> United States Bankruptcy Court
> Clerk's Office
> The Gateway Building
> 201 Penn Street, Suite 103
> Reading, PA  19601

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive it** on or before the date stated above:

    b) You must also mail a copy to:

| | |
|---|---|
| Brian E. Caine, Esquire | Scott F. Waterman, Esquire |
| PARKER, McCAY, P.A. | Chapter 13 Trustee |
| 9000 Midlantic Drive, Ste 300 | 2901 St. Lawrence Ave. |
| P.O. Box 5054 | Suite 100 |
| Mt. Laurel, NJ 08054 | Reading, PA 19606 |
| ***Attorney for Movant*** | ***Chapter 13 Trustee*** |

2) If you or your attorney do not take the steps described in Paragraph 1(a) and Paragraph 1(b) and attend the hearing, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief requested in the motion.

3) A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer, on **June 30, 2020 at 10:00 a.m.** in the United States Bankruptcy Court, The Gateway Building, 4th Floor Courtroom, 201 Penn Street, Reading, PA 19601.

4) If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5) You may contact the Bankruptcy Clerk's Office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Dated: June 4, 2020

By: /s/ Brian E. Caine
**BRIAN E. CAINE, ESQ.**
ATTORNEY FOR MOVANT
PA ID# 86057
Parker, McCay, P.A.
9000 Midlantic Drive, Ste 300
P.O. Box 5054
Mt. Laurel, NJ 08054
(856) 985-4059
bcaine@parkermccay.com