UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | Jacqueline Amaro and | : | No. 19-17699 elf |
| --- | --- | --- | --- |
| | Miguel Amaro | : | |
| | Debtors | : | Chapter 13 |
| | | : | |

## CERTIFICATE OF SERVICE

I, J. Everett Cook, Esq., attorney for the above-named debtors do hereby certify that I have caused to be served on this date, by electronic mail and/or First Class Mail or ECF filing, a true and correct copy of the Debtors' Limited Response to Motion for Relief from the Automatic Stay and proposed Order upon the creditors and parties-in-interest listed herein on the attached Matrix:

Dated: June 22, 2020           Signed:/s/ Everett Cook
                                By: Everett Cook, Esq.
                                The Law Offices of Everett Cook, P.C.
                                2309 MacArthur Road
                                Whitehall, PA, 18052
                                Bar I.D. #202039
                                Phone: (610) 351-3566
                                Fax:   (610) 351-3556

Document      Page 2 of 3

```
Label Matrix for local noticing              Bureau of Audit and Enforcement           City Treasurer
0313-4                                       City of Allentown                         Eighth and Washington Streets
Case 19-17699-pmm                            435 Hamilton Street                       Reading, PA 19601
Eastern District of Pennsylvania             Allentown, PA 18101-1603
Reading
Mon Jun 22 12:14:36 EDT 2020

City of Easton                               Dun & Bradstreet, INC                     Federal Home Loan Mortgage Corporation, as T
c/o Portnoff Law Associates, Ltd.            3501 Corporate Pkwy                       c/o Stern & Eisenberg, PC
P.O. Box 3020                                P.O. Box 520                              1581 Main Street
Norristown, PA 19404-3020                    Centre Valley, PA 18034-0520              Suite 200
                                                                                       The Shops at Valley Square
                                                                                       Warrington, PA 18976-3403

Lehigh County Tax Claim Bureau               Pennsylvania Department of Revenue        Tax Claim Bureau
17 South Seventh Street                      Bankruptcy Division                       633 Court Street
Allentown, PA 18101-2401                     P.O. Box 280946                           Second Floor
                                             Harrisburg, PA 17128-0946                 Reading, PA 19601-4300


U.S. Attorney Office                         Reading                                   CACH, LLC
c/o Virginia Powel, Esq.                     United States Bankruptcy Court            Resurgent Capital Services
Room 1250                                    Office of the Clerk, Gateway Building     PO Box 10587
615 Chestnut Street                          201 Penn Street, 1st Floor                Greenville, SC 29603-0587
Philadelphia, PA 19106-4404                  Reading, PA 19601-4038


Capital One, N.A.                            Citibank N.A.                             Citibank N.A.
c/o Becket and Lee LLP                       %Midland Funding                          %Portfolio REcov Assoc
PO Box 3001                                  2365 Northside Dr Ste 30                  120 Corporate Blvd Ste 1
Malvern PA 19355-0701                        San Diego, CA  92108-2709                 Norfolk, VA  23502-4952


City of Easton                               City of Easton                            City of Easton
1 S 3rd St                                   C/O JAMES RANDOLPH WOOD                   c/o James R. Wood, Esquire
Easton, PA 18042-4543                        Portnoff Law Associates, Ltd.             2700 Horizon Drive, Suite 100
                                             2700 Horizon Drive, Ste. 100              King of Prussia, PA 19406-2726
                                             King of Prussia, PA 19406-2726


Federal Home Loan Mortgage Corporation       Federal Home Loan Mortgage Corporation, as T    Juan Martinez
C/O REBECCA ANN SOLARZ                       C/O KML Law Group                         7021 Hopkins St
KML Law Group, P.C.                          701 Market Street Suite 5000              Charlotte, NC  28269-2339
701 Market Street                            Philadelphia, PA. 19106-1541
Suite 5000
Philadelphia, PA 19106-1541

Kohls/Capital One                            Kohls/capone                              Midland Funding
Kohls Credit                                 N56 W 17000 Ridgewood Dr                  2365 Northside Dr Ste 30
PO Box 3043                                  Menomonee Falls, WI 53051-7096            San Diego, CA  92108-2709
Milwaukee, WI  53201-3043


Portfolio Recov Assoc                        (p)PORTFOLIO RECOVERY ASSOCIATES LLC      Quantum3 Group LLC as agent for
120 Corporate Blvd Ste 1                     PO BOX 41067                              CF Medical LLC
Norfolk, VA  23502-4952                      NORFOLK VA 23541-1067                     PO Box 788
                                                                                       Kirkland, WA  98083-0788


Select Portfolio Servicing, Inc.             Syncb/Walmart DC                          Synchrony Bank/Walmart
P.O. Box 65250                               PO Box 965024                             Attn: Bankruptcy
Salt Lake City, UT 84165-0250                Orlando, FL  32896-5024                   PO Box 965060
                                                                                       Orlando, FL  32896-5060
```

| | | |
|---|---|---|
| Td Bank USA/Targetcred<br>PO Box 673<br>Minneapolis, MN  55440-0673 | Tnb-Visa (TV) / Target<br>C/O Financial & Retail Services Mailstop<br>PO Box 9475<br>Minneapolis, MN  55440-9475 | U.S. Bank Trust National Association, et al<br>c/o SN Servicing Corporation<br>353 Fifth Street<br>Eureka, CA 95501 |
| United States Trustee<br>Office of the U.S. Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106-2908 | Wells Fargo<br>PO Box 10335<br>Des Moines, IA  50306-0335 | Wells Fargo Bank, N.A.<br>Attn: Default Document Processing<br>1000 Blue Gentian Road, MAC# N9286-<br>Eagan, MN 55121-7700 |
| (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | Wells Fargo Home Mortgag<br>PO Box 14411<br>Des Moines, IA  50306-3411 | World Financial Network Bank<br>%Portfolio Recov Assoc<br>120 Corporate Blvd Ste 1<br>Norfolk, VA  23502-4952 |
| JOHN EVERETT COOK<br>The Law Offices of Everett Cook, P.C.<br>2309 MacArthur Road<br>Whitehall, PA 18052-4523 | Jacqueline Amaro<br>4269 Foxwood Cir<br>Easton, Pa 18040-6676 | Miguel Amaro<br>4269 Foxwood Cir<br>Easton, Pa 18040-6676 |
| SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606-2265 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Wells Fargo Hm Mortgag<br>8480 Stagecoach Cir<br>Frederick, MD  21701-4747 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)U.S. Bank Trust National Association, as T | (u)US Bank Trust National Association, as Tru | (d)City of Easton<br>c/o Portnoff Law Associates, Ltd.<br>P.O. Box 3020<br>Norristown, PA 19404-3020 |

End of Label Matrix
Mailable recipients    42
Bypassed recipients     3
Total                  45