United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jacqueline Amaro  
Miguel Amaro  
    Debtors

Case No. 19-17699-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Stacey    Page 1 of 1    Date Rcvd: Jun 23, 2020  
Form ID: pdf900    Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2020.

```
db/jdb      +Jacqueline Amaro,    Miguel Amaro,    4269 Foxwood Cir,    Easton, Pa 18040-6676
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg         +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr          +City of Easton,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
              Norristown, PA 19404-3020
cr          +Federal Home Loan Mortgage Corporation, as Trustee,    c/o Stern & Eisenberg, PC,
              1581 Main Street,    Suite 200,    The Shops at Valley Square,    Warrington, PA 18976-3403
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 24 2020 05:41:00
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA   17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 24 2020 05:42:37    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 2
```

          ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2020 at the address(es) listed below:

```
          BRIAN E. CAINE    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the
           Igloo Series IV Trust bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
          BRIAN E. CAINE    on behalf of Creditor    US Bank Trust National Association, as Trustee of the
           Cabana Series IV Trust bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
          JAMES RANDOLPH WOOD    on behalf of Creditor    City of Easton jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          JOHN EVERETT COOK    on behalf of Joint Debtor Miguel  Amaro bankruptcy@everettcooklaw.com,
           G29494@notify.cincompass.com
          JOHN EVERETT COOK    on behalf of Debtor Jacqueline  Amaro bankruptcy@everettcooklaw.com,
           G29494@notify.cincompass.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee
           for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3
           bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)

| | |
|---|---|
| **In Re:** | : Chapter 13 |
| **Jacqueline Amaro** | : Case No. 19-17699-PMM |
| **Miguel Amaro** | |
| **Debtors,** | |
| U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust | |
| Movant, | |
| v. | : Hearing: June 23, 2020, at 10:00 a.m. |
| | : Courtroom: 4th Floor |
| Jacqueline Amaro | |
| Miguel Amaro | |
| Debtors, and | |
| Scott Waterman, Esquire | : 11 U.S.C. §362(d) |
| Trustee, | |
| Respondents. | |

## ORDER MODIFYING §362 AUTOMATIC STAY
### *NUNC PRO TUNC* AS OF DECEMBER 10, 2019

AND NOW, upon the Motion of PARKER McCAY P.A. Attorneys for U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust ("Movant") under Bankruptcy Code section 362(d) for relief from the automatic stay, *nunc pro tunc*, as of December 10, 2019 as to certain real property as hereinafter set forth, and for cause shown;

**IT IS ORDERED:**

1.      The automatic stay of Bankruptcy Code section 362(a) is vacated, and annulled *nunc pro tunc*, as of December 10, 2019, as to Movant's rights in the following property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

*7021 Hopkins Street, Charlotte, NC 28269*

    2.    Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

    3.    Any and all foreclosure proceedings heretofore completed against the aforesaid property with the Clerk of the Superior Court of Mecklenburg County, North Carolina, are hereby ratified and confirmed by this Court as not being in violation of the automatic stay, and effectual as if the automatic stay was never in effect.

BY THE COURT

*Patricia M. Mayer* (signature)

Date: June 23, 2020

PATRICIA M. MAYER
US BANKRUPTCY JUDGE

---

John Everett Cook, Esq.
The Law Offices of Everett Cook, P.C.
2309 MacArthur Road
Whitehall, PA 18052
**DEBTOR'S ATTORNEY**

Jacqueline Amaro
4269 Foxwood Cir
Easton, Pa 18040
**DEBTOR**

Miguel Amaro
4269 Foxwood Cir
Easton, Pa 18040
**DEBTOR**

SCOTT F. WATERMAN, ESQ.
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
**CHAPTER 13 TRUSTEE**

U.S. Trustee's Office
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
**U.S. TRUSTEE**