**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re Jacqueline and Miguel Amaro,   :   Chapter 13

:

Debtors.   :   Case No. 19-17699 PMM

_____

**ORDER TO SHOW CAUSE**

This 26th day of June, 2020, upon consideration of the Motion of U.S. Bank Trust National Association for Relief from the Automatic Stay (doc. no. 40, the "Motion"):

And the Debtors having filed a Response to the Motion (doc. no. 49):

And the Motion having been prepared and submitted by Shonua L. Rhodes, who is a "Bankruptcy Asset Manager." Motion at 1.

AND movant having failed to present evidence that Shonua L. Rhodes is an attorney admitted to practice before this Court. See Local Rule 2090-1.

It is therefore hereby **ordered** that counsel for movant U.S. Bank Trust National Association shall appear at the hearing on the Motion, Tuesday, June 30, 2020 at 10:00 a.m. in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom,

201 Penn St., Reading, Pennsylvania, 19601[1] to **show cause** why this the Motion should not be denied for having been improperly filed.

*/s/ Patricia M. Mayer*

_____
HONORABLE PATRICIA M. MAYER
United States Bankruptcy Judge

---

[1] The hearing will be conducted telephonically. Dial-in information may be obtained on the Court's website.