United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                           Case No. 19-17699-pmm
Jacqueline Amaro                                                 Chapter 13
Miguel Amaro
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4       User: Stacey              Page 1 of 1         Date Rcvd: Jun 26, 2020
                           Form ID: pdf900           Total Noticed: 10
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2020.
db/jdb         +Jacqueline Amaro,    Miguel Amaro,    4269 Foxwood Cir,    Easton, Pa 18040-6676
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
cr             +City of Easton,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
cr             +Federal Home Loan Mortgage Corporation, as Trustee,    c/o Stern & Eisenberg, PC,
                 1581 Main Street,   Suite 200,    The Shops at Valley Square,    Warrington, PA 18976-3403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 27 2020 04:30:36
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 27 2020 04:30:50     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2020 at the address(es) listed below:
              BRIAN E. CAINE    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the
               Igloo Series IV Trust bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
              BRIAN E. CAINE    on behalf of Creditor    US Bank Trust National Association, as Trustee of the
               Cabana Series IV Trust bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    City of Easton jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JOHN EVERETT COOK    on behalf of Joint Debtor Miguel  Amaro bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOHN EVERETT COOK    on behalf of Debtor Jacqueline  Amaro bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee
               for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 8
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re Jacqueline and Miguel Amaro,** | : | Chapter 13 |
| | : | |
| **Debtors.** | : | Case No. 19-17699 PMM |
| _____ | | |

### ORDER TO SHOW CAUSE

This 26th day of June, 2020, upon consideration of the Motion of U.S. Bank Trust National Association for Relief from the Automatic Stay (doc. no. 40, the "Motion"):

And the Debtors having filed a Response to the Motion (doc. no. 49):

And the Motion having been prepared and submitted by Shonua L. Rhodes, who is a "Bankruptcy Asset Manager." Motion at 1.

AND movant having failed to present evidence that Shonua L. Rhodes is an attorney admitted to practice before this Court. See Local Rule 2090-1.

It is therefore hereby **ordered** that counsel for movant U.S. Bank Trust National Association shall appear at the hearing on the Motion, Tuesday, June 30, 2020 at 10:00 a.m. in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom,

201 Penn St., Reading, Pennsylvania, 19601[1] to **show cause** why this the Motion should not be denied for having been improperly filed.

*Patricia M. Mayer*

———————————————
Honorable Patricia M. Mayer
United States Bankruptcy Judge

---

[1] The hearing will be conducted telephonically. Dial-in information may be obtained on the Court's website.