## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)

| | |
|---|---|
| **In Re:** | : |
| | : **Chapter 13** |
| **Jacqueline Amaro** | : **Case No. 19-17699-PMM** |
| **Miguel Amaro** | : |
|            **Debtors,** | : |
| | : |
| U.S. Bank Trust National Association, | : |
| as Trustee of the Cabana Series IV Trust | : |
| | : |
|          Movant, | : |
| v. | : Hearing: June 30, 2020 at 10:00 a.m. |
| | : Courtroom: 4th Floor |
| Jacqueline Amaro | : |
| Miguel Amaro | : |
|          Debtors, | : |
| and | : |
| | : |
| Scott Waterman, Esquire | : 11 U.S.C. §362(d) |
|          Trustee, | : |
| | : |
|          Respondents. | : |

## STIPULATION RESOLVING MOTION FOR RELIEF
## FROM THE AUTOMATIC STAY

THIS matter being opened to the Court by Brian E. Caine, Esquire, of the law office of Parker McCay P.A., attorney for the secured creditor, U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust, (hereinafter "Movant"), upon a Motion for Relief from the Automatic Stay as to Real Property, more commonly known as 32 S. 14th St., Easton PA 18042; and John Everett Cook, Esquire appearing on behalf of Debtors, Jacqueline Amaro and Miguel Amaro, and it appearing that the parties have amicably resolved their differences and for good cause shown;

1. As of June 20, 2020, the post-petition arrears are $4,314.66 – which represents six (6) payments of $719.11 each, due January 1, 2020 through June 1, 2020.

2. The debtor agrees to reimburse the Movant for its attorney fees ($850.00) and costs ($181.00) for prosecution of the within Motion.

3. The debtor shall cure the post-petition arrears ($4,314.66), plus the motion fees and costs ($850.00 plus $181.00) by adding $280.89 to the regular monthly payment due July 1, 2020 and the by adding $568.43 to the regular monthly payments each due August 1, 2020 through April 1, 2021.

4. The debtor will resume regular monthly payments to Movant starting with the May 1, 2021 payment, and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to Movant as same come due.

5. If the Debtor fails to make any of the payments stated herein by their due date, then counsel for the Movant may send Debtors and Debtors' attorney a notice of default, and the Debtors shall have 14 days from the date of the notice to cure said default. If the default is not cured timely cured, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay, as to the mortgaged property herein.

6. Debtors agree that Movant may not exceed attorney fees of $100 for each notice of default letter.

(*remainder of page intentionally left blank*)

*The undersigned hereby consent to the form and entry of the within Stipulation.*

| | |
|---|---|
| __/s/Brian E. Caine_____ | ___/s/Everett Cook_____ |
| Brian E. Caine, Esquire | John Everett Cook, Esquire |
| Parker McCay P.A. | The Law Offices of Everett Cook, P.C. |
| 9000 Midlantic Drive, Suite 300 | 2309 MacArthur Road |
| Mount Laurel, NJ 08054 | Whitehall, PA 18052 |
| (856) 985-4059 | (610) 351-3566 |
| bcaine@parkermccay.com | bankruptcy@everettcooklaw.com |

 /s/ Scott F. Waterman, Esq._____
Concurrence by the Chapter 13 Trustee

It is hereby **ORDERED**, that the foregoing Stipulation is approved, shall be, and is made and Order of this Court.

Date: _____          _____
                                              PATRICIA M. MAYER
                                              U.S. BANKRUPTCY JUDGE