United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 19-17699-pmm
Jacqueline Amaro                                                Chapter 13
Miguel Amaro
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4        User: Stacey              Page 1 of 1              Date Rcvd: Jul 17, 2020
                            Form ID: pdf900           Total Noticed: 10
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2020.
```
db/jdb       +Jacqueline Amaro,   Miguel Amaro,   4269 Foxwood Cir,   Easton, Pa 18040-6676
smg          +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg          +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg          +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr           +City of Easton,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
               Norristown, PA 19404-3020
cr           +Federal Home Loan Mortgage Corporation, as Trustee,   c/o Stern & Eisenberg, PC,
               1581 Main Street,   Suite 200,   The Shops at Valley Square,   Warrington, PA 18976-3403
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2020 05:20:15
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 18 2020 05:20:45    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                               TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2020 at the address(es) listed below:
```
              BRIAN E. CAINE    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the
               Igloo Series IV Trust bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
              BRIAN E. CAINE    on behalf of Creditor    US Bank Trust National Association, as Trustee of the
               Cabana Series IV Trust bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    City of Easton jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JOHN EVERETT COOK    on behalf of Joint Debtor Miguel  Amaro bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOHN EVERETT COOK    on behalf of Debtor Jacqueline  Amaro bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee
               for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)**

| | |
|---|---|
| In Re:<br><br>**Jacqueline Amaro**<br>**Miguel Amaro**<br>　　　　　**Debtors,**<br><br>--------------------------------------------------<br><br>U.S. Bank Trust National Association,<br>as Trustee of the Cabana Series IV Trust<br><br>　　　　　Movant,<br>v.<br><br>Jacqueline Amaro<br>Miguel Amaro<br>　　　　　Debtors,<br>　　and<br><br>Scott Waterman, Esquire<br>　　　　　Trustee,<br><br>　　　　　Respondents. | Chapter 13<br>Case No. 19-17699-PMM<br><br><br><br><br><br><br><br><br><br>Hearing: June 30, 2020 at 10:00 a.m.<br>Courtroom: 4th Floor<br><br><br><br><br>11 U.S.C. §362(d) |

## STIPULATION RESOLVING MOTION FOR RELIEF
## FROM THE AUTOMATIC STAY

THIS matter being opened to the Court by Brian E. Caine, Esquire, of the law office of Parker McCay P.A., attorney for the secured creditor, U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust, (hereinafter "Movant"), upon a Motion for Relief from the Automatic Stay as to Real Property, more commonly known as 32 S. 14th St., Easton PA 18042; and John Everett Cook, Esquire appearing on behalf of Debtors, Jacqueline Amaro and Miguel Amaro, and it appearing that the parties have amicably resolved their differences and for good cause shown;

1. As of June 20, 2020, the post-petition arrears are $4,314.66 – which represents six (6) payments of $719.11 each, due January 1, 2020 through June 1, 2020.

2. The debtor agrees to reimburse the Movant for its attorney fees ($850.00) and costs ($181.00) for prosecution of the within Motion.

3. The debtor shall cure the post-petition arrears ($4,314.66), plus the motion fees and costs ($850.00 plus $181.00) by adding $280.89 to the regular monthly payment due July 1, 2020 and the by adding $568.43 to the regular monthly payments each due August 1, 2020 through April 1, 2021.

4. The debtor will resume regular monthly payments to Movant starting with the May 1, 2021 payment, and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to Movant as same come due.

5. If the Debtor fails to make any of the payments stated herein by their due date, then counsel for the Movant may send Debtors and Debtors' attorney a notice of default, and the Debtors shall have 14 days from the date of the notice to cure said default. If the default is not cured timely cured, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay, as to the mortgaged property herein.

6. Debtors agree that Movant may not exceed attorney fees of $100 for each notice of default letter.

(*remainder of page intentionally left blank*)

*The undersigned hereby consent to the form and entry of the within Stipulation.*

| | |
|---|---|
| __/s/Brian E. Caine__ | __/s/Everett Cook__ |
| Brian E. Caine, Esquire | John Everett Cook, Esquire |
| Parker McCay P.A. | The Law Offices of Everett Cook, P.C. |
| 9000 Midlantic Drive, Suite 300 | 2309 MacArthur Road |
| Mount Laurel, NJ 08054 | Whitehall, PA 18052 |
| (856) 985-4059 | (610) 351-3566 |
| bcaine@parkermccay.com | bankruptcy@everettcooklaw.com |

__/s/ Scott F. Waterman, Esq.__
Concurrence by the Chapter 13 Trustee

It is hereby **ORDERED**, that the foregoing Stipulation is approved, shall be, and is made and Order of this Court.

Date: **July 17, 2020**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE