UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | Jacqueline Amaro and<br>Miguel Amaro<br>Debtors | : <br>:<br>:<br>: | No. 19-17699 elf<br><br>Chapter 13 |
|---|---|---|---|

## CERTIFICATE OF SERVICE

    I, J. Everett Cook, Esq., attorney for the above-named debtors do hereby certify that I have caused to be served on this date, by electronic mail and/or First Class Mail or ECF filing, a true and correct copy of the Debtors' Fifth Amended Plan upon the creditors and parties-in-interest listed herein on the attached Matrix:

                                        Respectfully submitted

                              By:  /s/ Everett Cook
                                  Everett Cook, Esquire
                                  Attorney for Debtors
                                  Attorney ID No. 202039

                                  **THE LAW OFFICES OF EVERETT COOK, P.C.**
                                  2309 MacArthur Road
                                  Whitehall, PA 18052

                                  610-351-3566 Phone
                                  610-351-3556 Fax
                                  bankruptcy@everettcooklaw.com

Dated: 8/11/2020

```
Label Matrix for local noticing          City of Easton                           Federal Home Loan Mortgage Corporation, as T
0313-4                                   c/o Portnoff Law Associates, Ltd.        c/o Stern & Eisenberg, PC
Case 19-17699-pmm                        P.O. Box 3020                            1581 Main Street
Eastern District of Pennsylvania         Norristown, PA 19404-3020                Suite 200
Reading                                                                           The Shops at Valley Square
Tue Aug 11 12:22:51 EDT 2020                                                      Warrington, PA 18976-3403

United States Trustee                    Reading                                  CACH, LLC
Office of the U.S. Trustee               United States Bankruptcy Court           Resurgent Capital Services
200 Chestnut Street                      Office of the Clerk, Gateway Building    PO Box 10587
Suite 502                                201 Penn Street, 1st Floor               Greenville, SC 29603-0587
Philadelphia, PA 19106-2908              Reading, PA 19601-4038


Capital One, N.A.                        Citibank N.A.                            Citibank N.A.
c/o Becket and Lee LLP                   %Midland Funding                         %Portfolio REcov Assoc
PO Box 3001                              2365 Northside Dr Ste 30                 120 Corporate Blvd Ste 1
Malvern PA 19355-0701                    San Diego, CA  92108-2709                Norfolk, VA  23502-4952



City of Easton                           City of Easton                           City of Easton
1 S 3rd St                               C/O JAMES RANDOLPH WOOD                  c/o James R. Wood, Esquire
Easton, PA 18042-4543                    Portnoff Law Associates, Ltd.            2700 Horizon Drive, Suite 100
                                         2700 Horizon Drive, Ste. 100             King of Prussia, PA 19406-2726
                                         King of Prussia, PA 19406-2726


Federal Home Loan Mortgage Corporation   Federal Home Loan Mortgage Corporation, as T   Juan Martinez
C/O REBECCA ANN SOLARZ                   C/O KML Law Group                        7021 Hopkins St
KML Law Group, P.C.                      701 Market Street Suite 5000             Charlotte, NC  28269-2339
701 Market Street                        Philadelphia, PA. 19106-1541
Suite 5000
Philadelphia, PA 19106-1541

Kohls/Capital One                        Kohls/capone                             Midland Funding
Kohls Credit                             N56 W 17000 Ridgewood Dr                 2365 Northside Dr Ste 30
PO Box 3043                              Menomonee Falls, WI 53051-7096           San Diego, CA  92108-2709
Milwaukee, WI  53201-3043



Portfolio Recov Assoc                    (p)PORTFOLIO RECOVERY ASSOCIATES LLC     Quantum3 Group LLC as agent for
120 Corporate Blvd Ste 1                 PO BOX 41067                             CF Medical LLC
Norfolk, VA  23502-4952                  NORFOLK VA 23541-1067                    PO Box 788
                                                                                  Kirkland, WA  98083-0788



Select Portfolio Servicing, Inc.         Syncb/Walmart DC                         Synchrony Bank/Walmart
P.O. Box 65250                           PO Box 965024                            Attn: Bankruptcy
Salt Lake City, UT 84165-0250            Orlando, FL  32896-5024                  PO Box 965060
                                                                                  Orlando, FL  32896-5060



Td Bank USA/Targetcred                   Tnb-Visa (TV) / Target                   U.S. Bank Trust National Association, et al
PO Box 673                               C/O Financial & Retail Services Mailstop c/o SN Servicing Corporation
Minneapolis, MN  55440-0673              PO Box 9475                              353 Fifth Street
                                         Minneapolis, MN  55440-9475              Eureka, CA 95501



Wells Fargo                              Wells Fargo Bank, N.A.                   (p)WELLS FARGO BANK NA
PO Box 10335                             Attn: Default Document Processing        WELLS FARGO HOME MORTGAGE AMERICAS SERVICING
Des Moines, IA  50306-0335               1000 Blue Gentian Road, MAC# N9286-      ATTN BANKRUPTCY DEPT MAC X7801-014
                                         Eagan, MN 55121-7700                     3476 STATEVIEW BLVD
                                                                                  FORT MILL SC 29715-7203
```

| | | |
|---|---|---|
| Wells Fargo Home Mortgag<br>PO Box 14411<br>Des Moines, IA  50306-3411 | World Financial Network Bank<br>%Portfolio Recov Assoc<br>120 Corporate Blvd Ste 1<br>Norfolk, VA  23502-4952 | JOHN EVERETT COOK<br>The Law Offices of Everett Cook, P.C.<br>2309 MacArthur Road<br>Whitehall, PA 18052-4523 |
| Jacqueline Amaro<br>4269 Foxwood Cir<br>Easton, Pa 18040-6676 | Miguel Amaro<br>4269 Foxwood Cir<br>Easton, Pa 18040-6676 | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606-2265 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD  21701-4747

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. Bank Trust National Association, as T

(u)US Bank Trust National Association, as Tru

(d)City of Easton
c/o Portnoff Law Associates, Ltd.
P.O. Box 3020
Norristown, PA 19404-3020

End of Label Matrix
Mailable recipients    35
Bypassed recipients     3
Total                  38