**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)**

| | |
|---|---|
| **In Re:** | : |
| | : |
| **Jacqueline Amaro** | : Chapter 13 |
| **Miguel Amaro** | : Case No. 19-17699-PMM |
|        **Debtors** | : |
| | : |
| U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust | : |
|        Movant | : |
| v. | : |
| | : |
| Jacqueline Amaro, Miguel Amaro | : Hearing: 8/13/2020 at 10:00 AM |
|        Respondents | : Related Docket No. 35 |
|        And | : |
| | : |
| SCOTT F. WATERMAN, ESQUIRE | : |
|        Trustee | : |

**WITHDRAW OF OBJECTION TO CONFIRMATION OF PLAN**

    U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust hereby withdraws the Objection to Confirmation of Plan regarding the property located at 7021 Hopkins Street, Charlotte, NC 28269 filed at docket number 35.

Dated: August 13, 2020        By: /s/ Brian E. Caine
                                             Brian E. Caine, Esq.
                                             Attorney ID #86057
                                             **PARKER McCAY P.A.**
                                             9000 Midlantic Drive, Suite 300
                                             P.O. Box 5054
                                             Mt. Laurel, NJ 08054
                                             (856) 985-4059
                                             bcaine@parkermccay.com
                                             Attorney for U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust