**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)**

| | |
|---|---|
| **In Re:** : | |
| : | |
| **Jacqueline Amaro** : | Chapter 13 |
| **Miguel Amaro** : | Case No. 19-17699-PMM |
| **Debtors** : | |
| : | |
| U.S. Bank Trust National Association, : | |
| as Trustee of the Cabana Series IV Trust : | |
| Movant : | |
| v. : | |
| : | |
| Jacqueline Amaro, : | Hearing: 8/13/2020 at 10:00 AM |
| Miguel Amaro : | |
| Respondents : | Related Docket No. 24 |
| And : | |
| : | |
| SCOTT F. WATERMAN, ESQUIRE : | |
| Trustee : | |

**WITHDRAW OF OBJECTION TO CONFIRMATION OF PLAN**

U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust hereby withdraws the Objection to Confirmation of Plan regarding the property located at 32 S. 14th St., Easton, PA 18042 filed at docket number 24.

Dated: August 13, 2020        By: /s/ Brian E. Caine
                    Brian E. Caine, Esq.
                    Attorney ID #86057
                    **PARKER McCAY P.A.**
                    9000 Midlantic Drive, Suite 300
                    P.O. Box 5054
                    Mt. Laurel, NJ 08054
                    (856) 985-4059
                    bcaine@parkermccay.com
                    Attorney for U.S. Bank Trust National
                    Association, as Trustee of the Cabana Series IV
                    Trust