**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (READING)**

| | |
|---|---|
| **In Re:** : | : Chapter 13 |
| **Jacqueline Amaro** : | : Case No. 19-17699-PMM |
| **Miguel Amaro** : | |
|         **Debtors,** : | |
| ----------------------------------------------: | |
| U.S. Bank Trust National Association, : | |
| as Trustee of the Cabana Series IV Trust : | |
|         Movant, : | |
| v. : | |
| Jacqueline Amaro : | |
| Miguel Amaro : | |
|         Debtors, : | |
|    and : | |
| Scott Waterman, Esquire : | 11 U.S.C. §362(d) |
|         Trustee, : | |
|         Respondents. : | |

**ORDER MODIFYING §362 AUTOMATIC STAY**

AND NOW, upon the Certification of Default of PARKER McCAY P.A. Attorneys for U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust ("Movant") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown;

**IT IS ORDERED:**

1. The automatic stay of Bankruptcy Code section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following property described

below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

*32 S. 14th Street, Easton PA 18042*

2. Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

3. The Notice and filing requirements of FRBP 3002.1(b & c) are no longer applicable to Movant's claim.

BY THE COURT

Date: **December 18, 2020**

*Patricia M. Mayer*
PATRICIA M. MAYER
US BANKRUPTCY JUDGE

JOHN EVERETT COOK
The Law Offices of Everett Cook, P.C.
2309 MacArthur Road
Whitehall, PA 18052
DEBTORS' ATTORNEY – SERVED ELECTRONICALLY

Jacqueline Amaro
4269 Foxwood Cir
Easton, PA 18040
DEBTOR – SERVED VIA REGULAR MAIL

Miguel Amaro
4269 Foxwood Cir
Easton, PA 18040
DEBTOR – SERVED VIA REGULAR MAIL

SCOTT F. WATERMAN, ESQ.
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606
CHAPTER 13 TRUSTEE-SERVED ELECTRONICALLY

U.S. Trustee's Office
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
SERVED ELECTRONICALLY