United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-17699-pmm
Jacqueline Amaro  Chapter 13
Miguel Amaro
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Adminstra     Page 1 of 2
Date Rcvd: Dec 18, 2020     Form ID: pdf900     Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jacqueline Amaro, Miguel Amaro, 4269 Foxwood Cir, Easton, Pa 18040-6676 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | City of Easton, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | + | Federal Home Loan Mortgage Corporation, as Trustee, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 19 2020 03:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 19 2020 03:43:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 20, 2020          Signature:     /s/Joseph Speetjens

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Dec 18, 2020 | Form ID: pdf900 | Total Noticed: 10 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2020 at the address(es) listed below:**

**Name**  **Email Address**

BRIAN E. CAINE
on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

BRIAN E. CAINE
on behalf of Creditor US Bank Trust National Association as Trustee of the Cabana Series IV Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

JAMES RANDOLPH WOOD
on behalf of Creditor City of Easton jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JOHN EVERETT COOK
on behalf of Joint Debtor Miguel Amaro bankruptcy@everettcooklaw.com G29494@notify.cincompass.com

JOHN EVERETT COOK
on behalf of Debtor Jacqueline Amaro bankruptcy@everettcooklaw.com G29494@notify.cincompass.com

REBECCA ANN SOLARZ
on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (READING)

| | |
|---|---|
| In Re: | : |
| | : **Chapter 13** |
| **Jacqueline Amaro** | : Case No. 19-17699-PMM |
| **Miguel Amaro** | : |
| **Debtors,** | : |
| | : |
| ------------------------------------------------ | : |
| | : |
| U.S. Bank Trust National Association, | : |
| as Trustee of the Cabana Series IV Trust | : |
| | : |
| Movant, | : |
| v. | : |
| | : |
| Jacqueline Amaro | : |
| Miguel Amaro | : |
| Debtors, | : |
| and | : |
| | : |
| Scott Waterman, Esquire | : 11 U.S.C. §362(d) |
| Trustee, | : |
| | : |
| Respondents. | : |

**ORDER MODIFYING §362 AUTOMATIC STAY**

AND NOW, upon the Certification of Default of PARKER McCAY P.A. Attorneys for U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust ("Movant") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown;

**IT IS ORDERED:**

1. The automatic stay of Bankruptcy Code section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following property described

below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

*32 S. 14th Street, Easton PA 18042*

2. Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

3. The Notice and filing requirements of FRBP 3002.1(b & c) are no longer applicable to Movant's claim.

BY THE COURT

Date: **December 18, 2020**

_____
PATRICIA M. MAYER
US BANKRUPTCY JUDGE

JOHN EVERETT COOK
The Law Offices of Everett Cook, P.C.
2309 MacArthur Road
Whitehall, PA 18052
DEBTORS' ATTORNEY – SERVED ELECTRONICALLY

Jacqueline Amaro
4269 Foxwood Cir
Easton, PA 18040
DEBTOR – SERVED VIA REGULAR MAIL

Miguel Amaro
4269 Foxwood Cir
Easton, PA 18040
DEBTOR – SERVED VIA REGULAR MAIL

SCOTT F. WATERMAN, ESQ.
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606
CHAPTER 13 TRUSTEE-SERVED ELECTRONICALLY

U.S. Trustee's Office
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
SERVED ELECTRONICALLY