# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| **IN RE:** | **Jacqueline Amaro and** | : | **No. 19-17699 elf** |
| | **Miguel Amaro** | : | |
| | Debtors | : | **Chapter 13** |
| | | : | |

## CERTIFICATE OF SERVICE

    I, J. Everett Cook, Esq., attorney for the above-named debtors do hereby certify that I have caused to be served on this date, by electronic mail and/or First Class Mail or ECF filing, a true and correct copy of the Debtors' Seventh Amended Plan upon the creditors and parties-in-interest listed herein on the attached Matrix:

                                              Respectfully submitted

                                  By:  /s/ Everett Cook
                                       Everett Cook, Esquire
                                       Attorney for Debtors
                                       Attorney ID No. 202039

                                       **THE LAW OFFICES OF EVERETT COOK, P.C.**
                                       1605 N. Cedar Crest Blvd., Suite 520
                                       Allentown, PA 18104

                                       610-351-3566 Phone
                                       610-351-3556 Fax
                                       bankruptcy@everettcooklaw.com

Dated: 1-22-2021