**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | **Jacqueline Amaro and** | : | **No. 19-17699 elf** |
| | **Miguel Amaro** | : | |
| | Debtors | : | **Chapter 13** |
| | | : | |

**CERTIFICATE OF SERVICE**

    I, J. Everett Cook, Esq., attorney for the above-named debtors do hereby certify that I have caused to be served on this date, by electronic mail and/or First Class Mail or ECF filing, a true and correct copy of the Debtors' Eighth Amended Plan upon the creditors and parties-in-interest listed herein on the attached Matrix:

    Respectfully submitted

By: /s/ Everett Cook
    Everett Cook, Esquire
    Attorney for Debtors
    Attorney ID No. 202039

**THE LAW OFFICES OF EVERETT COOK, P.C.**
1605 N. Cedar Crest Blvd., Suite 520
Allentown, PA 18104

610-351-3566 Phone
610-351-3556 Fax
bankruptcy@everettcooklaw.com

Dated: 2-23-2021