## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | Jacqueline Amaro | : | No. 19-17699 pmm |
| | Miguel Amaro | : | |
| | Debtors | : | |
| | | : | Chapter 12 |
| | | : | |

## NOTICE

To the Debtor, all creditors, Interim Trustee, U.S. Assistant Trustee and parties in interest, Notice is given:

That Everett Cook, Esquire, Counsel for Debtor(s), has filed an Application with the Court requesting approval of his fees in the total amount of FIVE THOUSAND, TWENTY-FIVE 55/100 DOLLARS ($5,025.55) and expenses in the amount of FOUR HUNDRED AND SEVENTY-FOUR AND .45/100 DOLLARS ($474.45).

That the Debtor, any creditor or party in interest may file an answer, objection, request for hearing, other responsive pleading, on or before March 23, 2021 with the Clerk, U.S. Bankruptcy Court, The Madison Building, 400 Washington Street, Reading, Pennsylvania 19602, and serve a copy on the Debtor's Counsel, whose name and address appear below.

If no objection is filed to the Application on or before March 23, 2021, Applicant shall file a Certification of No Objection and the matter then may be decided by the Court without hearing.

Dated: 3/2/2021                    Signed:/s/ Everett Cook                  
                                   By: Everett Cook, Esq.
                                   The Law Offices of Everett Cook, P.C.
                                   1605 N. Cedar Crest Blvd., Suite 520
                                   Allentown, PA 18104
                                   Bar I.D. #202039
                                   Phone: (610) 351-3566
                                   Fax:   (610) 351-3556