UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | Jacqueline Amaro | : | No. 19-17699 pmm |
| --- | --- | --- | --- |
|  | Miguel Amaro | : |  |
|  | Debtors | : |  |
|  |  | : | Chapter 12 |
|  |  | : |  |

## CERTIFICATE OF SERVICE OF NOTICE OF APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

I, Everett Cook, Esquire, attorney for the above-named debtor do hereby certify that I have caused to be served on this date, by First Class Mail or ECF filing, a true and correct copy of the Notice of Application, Application and proposed Order upon the creditors and parties in interest listed on the attached Label Matrix for local noticing and the following:

**SCOTT F. WATERMAN (Chapter 13)**
Chapter 13 Trustee
2901 St. Lawrence Ave. Suite 100
Reading, PA 19606

*U.S. Trustee*
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Dated: 3/2/2021                              Signed: /s/ Everett Cook
                                             By: Everett Cook, Esq.
                                             **The Law Offices of Everett Cook, P.C.**
                                             1605 N. Cedar Crest Blvd., Suite 520
                                             Allentown, PA 18104
                                             Phone: (610) 351-3566
                                             Fax:   (610) 351-3556