**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | Jacqueline Amaro | : | No. 19-17699 pmm |
|---|---|---|---|
| | Miguel Amaro | : | |
| | Debtors | : | |
| | | : | Chapter 12 |
| | | : | |

## CERTIFICATE OF NO RESPONSE TO APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

    I, Everett Cook, Esquire, attorney for the above-named debtor do hereby certify that I have not received nor am I aware of any response to the Notice of Application, Application and proposed Order from any party whatsoever.

Dated: 3/25/2021

                                        Signed: /s/ Everett Cook
                                        By: Everett Cook, Esq.
                                        **The Law Offices of Everett Cook, P.C.**
                                        1605 N. Cedar Crest Blvd., Suite 520
                                        Allentown, PA 18104

                                        Phone: (610) 351-3566
                                        Fax:   (610) 351-3556