**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | Jacqueline Amaro<br>Miguel Amaro<br>Debtors | : <br> : <br> : <br> : <br> : | No. 19-17699 pmm<br><br>Chapter 12 |
|---|---|---|---|

**ORDER**

**AND NOW**, upon consideration of the Initial Application for Allowance of Compensation Pursuant to §331 of the United States Bankruptcy Code ("Application"):

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $5,025.55 of which $3,000.00 was received pre-petition. Expenses are approved in the amount of $474.45. These amounts may be paid to counsel pursuant to the terms of the confirmed Plan.

Dated: 3/26/21

*Patricia M. Mayer*
_____
U.S. Bankruptcy Judge
Hon. Patricia M. Mayer