| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-17699-PMM

Jacqueline Amaro  
Miguel Amaro  
4269 Foxwood Cir  
Easton  PA    18040

Petition Filed Date: 12/10/2019  
341 Hearing Date: 02/11/2020  
Confirmation Date: 02/25/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/13/2020 | $400.00 | 25885640395 | 05/14/2020 | $400.00 | 25885637864 | 06/22/2020 | $600.00 | 25885640970 |
| 07/24/2020 | $500.00 | 25885642318 | 08/21/2020 | $400.00 | 25885643578 | 09/22/2020 | $400.00 | 25885644006 |
| 10/26/2020 | $400.00 | 25885644322 | 11/24/2020 | $400.00 | 26875358425 | 12/22/2020 | $300.00 | 27047663008 |
| 01/20/2021 | $300.00 | 27047663403 | 03/16/2021 | $300.00 | 27047664090 | 03/29/2021 | $335.15 | 27047665675 |
| 04/20/2021 | $335.15 | 27047664584 | 05/18/2021 | $335.15 | 27047664977 | | | |

Total Receipts for the Period: $5,405.45    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,405.45

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Jacqueline Amaro | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | JOHN EVERETT COOK ESQ | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR »» 001 | Unsecured Creditors | $100.00 | $0.00 | $100.00 |
| 2 | CACH, LLC »» 002 | Unsecured Creditors | $9,422.94 | $0.00 | $9,422.94 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES »» 003 | Unsecured Creditors | $802.88 | $0.00 | $802.88 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES »» 004 | Unsecured Creditors | $5,238.95 | $0.00 | $5,238.95 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES »» 005 | Unsecured Creditors | $9,125.14 | $0.00 | $9,125.14 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES »» 006 | Unsecured Creditors | $3,253.52 | $0.00 | $3,253.52 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES »» 007 | Unsecured Creditors | $528.00 | $0.00 | $528.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $1,724.59 | $0.00 | $1,724.59 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $7,564.86 | $0.00 | $7,564.86 |
| 10 | WELLS FARGO BANK NA »» 010 | Mortgage Arrears | $9,560.25 | $0.00 | $9,560.25 |
| 11 | BECKET & LEE, LLP »» 011 | Unsecured Creditors | $3,674.10 | $0.00 | $3,674.10 |
| 12 | BECKET & LEE, LLP »» 012 | Unsecured Creditors | $3,644.76 | $0.00 | $3,644.76 |
| 13 | CITY OF EASTON »» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-17699-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | SN SERVICING CORPORATION<br>»» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | SELECT PORTFOLIO SERVICING INC<br>»» 015 | Mortgage Arrears | $5,536.22 | $893.34 | $4,642.88 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $5,405.45 | Current Monthly Payment: | $335.15 |
| Paid to Claims: | $3,393.34 | Arrearages: | $70.30 |
| Paid to Trustee: | $469.44 | Total Plan Base: | $19,552.05 |
| Funds on Hand: | $1,542.67 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.