### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| JACQUELINE AMARO | : Chapter 13 |
| and | : |
| MIGUEL AMARO | : |
| | : |
| Debtors | : Bankruptcy No. 19-17699PMM |

### ORDER

**AND NOW**, upon consideration of the Motion for Disbursement filed by the Standing Chapter 13 Trustee, and any answer filed thereto, and after notice and a hearing it is

**ORDERED,** that the Standing Chapter 13 Trustee shall not make any disbursements to Wells Fargo Bank, N.A. regarding Claim 10-1, and it is

**FURTHER ORDERED,** that the Standing Chapter 13 Trustee shall disburse the funds he is holding to the remaining creditors in accordance with the terms of the confirmed Chapter 13 Plan.

BY THE COURT

*Patricia M. Mayer*

Dated: **July 15, 2021**

**HON. PATRICIA M. MAYER,
BANKRUPTCY JUDGE**