| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-17699-PMM

Jacqueline Amaro
Miguel Amaro
4269 Foxwood Cir
Easton  PA   18040

Petition Filed Date: 12/10/2019
341 Hearing Date: 02/11/2020
Confirmation Date: 02/25/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/20/2021 | $335.15 | 27047664584 | 05/18/2021 | $335.15 | 27047664977 | 06/22/2021 | $335.15 | 27360815264 |
| 08/05/2021 | $335.15 | 27047666744 | 08/17/2021 | $335.15 | 27360816603 | 10/01/2021 | $335.15 | 27360815861 |
| 10/26/2021 | $335.15 | 27360817413 | 11/30/2021 | $335.15 | 27360818100 | 05/04/2022 | $675.75 | 27872184216 |
| 05/04/2022 | $1,000.00 | 27872184205 | 05/18/2022 | $335.15 | 27872184598 | 06/22/2022 | $335.15 | 27872187186 |
| 07/18/2022 | $335.15 | 27872187535 | | | | | | |

**Total Receipts for the Period: $5,362.40   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $10,097.55**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Jacqueline Amaro | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | JOHN EVERETT COOK ESQ | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 001 | Unsecured Creditors | $100.00 | $0.00 | $100.00 |
| 2 | CACH, LLC<br>»» 002 | Unsecured Creditors | $9,422.94 | $250.08 | $9,172.86 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $802.88 | $15.81 | $787.07 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $5,238.95 | $139.04 | $5,099.91 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $9,125.14 | $242.18 | $8,882.96 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $3,253.52 | $86.35 | $3,167.17 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $528.00 | $0.00 | $528.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $1,724.59 | $33.97 | $1,690.62 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $7,564.86 | $200.77 | $7,364.09 |
| 10 | WELLS FARGO BANK NA<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | BECKET & LEE, LLP<br>»» 011 | Unsecured Creditors | $3,674.10 | $97.51 | $3,576.59 |
| 12 | BECKET & LEE, LLP<br>»» 012 | Unsecured Creditors | $3,644.76 | $96.73 | $3,548.03 |
| 13 | CITY OF EASTON<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 14 | SN SERVICING CORPORATION<br>»»  014 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | SELECT PORTFOLIO SERVICING INC<br>»»  015 | Mortgage Arrears | $5,536.22 | $5,536.22 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,097.55 | Current Monthly Payment: | $335.15 |
| Paid to Claims: | $9,198.66 | Arrearages: | ($264.85) |
| Paid to Trustee: | $864.92 | Total Plan Base: | $19,552.05 |
| Funds on Hand: | $33.97 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.