| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-17699-PMM

Jacqueline Amaro  
Miguel Amaro  
4269 Foxwood Cir  
Easton  PA  18040

Petition Filed Date: 12/10/2019  
341 Hearing Date: 02/11/2020  
Confirmation Date: 02/25/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $335.15 | 28238732087 | 09/27/2022 | $335.15 | 28238732526 | 10/24/2022 | $335.15 | 28238732774 |
| 11/22/2022 | $335.15 | 28238733088 | 12/20/2022 | $335.15 | 28238733426 | 01/26/2023 | $335.15 | 27872185307 |
| 02/22/2023 | $335.15 | 28238734192 | 03/21/2023 | $335.15 | 28238734506 | 04/18/2023 | $335.15 | 28238734912 |
| 05/15/2023 | $335.15 | 28700360188 | 06/23/2023 | $335.15 | 28238735362 | 07/18/2023 | $335.15 | 28700360943 |

**Total Receipts for the Period: $4,021.80    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $14,119.35**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jacqueline Amaro | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | JOHN EVERETT COOK ESQ | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 001 | Unsecured Creditors | $100.00 | $0.00 | $100.00 |
| 2 | CACH, LLC<br>»» 002 | Unsecured Creditors | $9,422.94 | $1,020.71 | $8,402.23 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $802.88 | $86.94 | $715.94 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $5,238.95 | $567.50 | $4,671.45 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $9,125.14 | $988.46 | $8,136.68 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $3,253.52 | $352.42 | $2,901.10 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $528.00 | $57.17 | $470.83 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $1,724.59 | $186.84 | $1,537.75 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $7,564.86 | $819.44 | $6,745.42 |
| 10 | WELLS FARGO BANK NA<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CAPITAL ONE NA<br>»» 011 | Unsecured Creditors | $3,674.10 | $397.98 | $3,276.12 |
| 12 | CAPITAL ONE NA<br>»» 012 | Unsecured Creditors | $3,644.76 | $394.81 | $3,249.95 |
| 13 | CITY OF EASTON<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | SN SERVICING CORPORATION<br>»» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-17699-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | SELECT PORTFOLIO SERVICING INC »» 015 | Mortgage Arrears | $5,536.22 | $5,536.22 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,119.35 | Current Monthly Payment: | $335.15 |
| Paid to Claims: | $12,908.49 | Arrearages: | $70.30 |
| Paid to Trustee: | $1,200.04 | Total Plan Base: | $19,552.05 |
| Funds on Hand: | $10.82 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.