| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 19-17699-PMM

Jacqueline Amaro  
Miguel Amaro  
4269 Foxwood Cir  
Easton  PA    18040

Petition Filed Date: 12/10/2019  
341 Hearing Date: 02/11/2020  
Confirmation Date: 02/25/2021

Case Status: Completed on 7/30/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/21/2023 | $335.15 | 28700361551 | 09/19/2023 | $335.15 | 28700362091 | 10/18/2023 | $335.15 | 28700362484 |
| 11/21/2023 | $335.15 | 28238735575 | 12/18/2023 | $335.15 | 28238735957 | 01/23/2024 | $335.15 | 28700364227 |
| 02/27/2024 | $335.15 | 28700364633 | 03/27/2024 | $335.15 | 29181946094 | 04/18/2024 | $335.15 | 29181946408 |
| 05/22/2024 | $335.15 | 29181946847 | 06/11/2024 | $335.15 | 29181946961 | 07/22/2024 | $335.15 | 29231355262 |
| 07/30/2024 | $7,418.07 | 1057933 WF re | 07/30/2024 | $700.00 | 1040347 WF r | 07/30/2024 | $4,830.85 | 1057815 WF re |

**Total Receipts for the Period: $16,970.72   Amount Refunded to Debtor Since Filing: $11,873.17   Total Receipts Since Filing: $31,425.22**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Jacqueline Amaro | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | JOHN EVERETT COOK ESQ | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  001 | Unsecured Creditors | $100.00 | $21.67 | $78.33 |
| 2 | CACH, LLC<br>»»  002 | Unsecured Creditors | $9,422.94 | $2,044.14 | $7,378.80 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  003 | Unsecured Creditors | $802.88 | $174.12 | $628.76 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  004 | Unsecured Creditors | $5,238.95 | $1,136.48 | $4,102.47 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  005 | Unsecured Creditors | $9,125.14 | $1,979.55 | $7,145.59 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  006 | Unsecured Creditors | $3,253.52 | $705.79 | $2,547.73 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  007 | Unsecured Creditors | $528.00 | $114.51 | $413.49 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  008 | Unsecured Creditors | $1,724.59 | $374.16 | $1,350.43 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  009 | Unsecured Creditors | $7,564.86 | $1,641.07 | $5,923.79 |
| 10 | WELLS FARGO BANK NA<br>»»  010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CAPITAL ONE NA<br>»»  011 | Unsecured Creditors | $3,674.10 | $797.01 | $2,877.09 |
| 12 | CAPITAL ONE NA<br>»»  012 | Unsecured Creditors | $3,644.76 | $790.68 | $2,854.08 |
| 13 | CITY OF EASTON<br>»»  013 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-17699-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | SN SERVICING CORPORATION »» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | SELECT PORTFOLIO SERVICING INC »» 015 | Mortgage Arrears | $5,536.22 | $5,536.22 | $0.00 |
| 16 | WELLS FARGO BANK NA | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | SYNCHRONY BANK/WALMART | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | TNB-VISA/TARGET | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | Jacqueline Amaro | Debtor Refunds | $11,873.17 | $11,873.17 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $31,425.22 | Current Monthly Payment: | $335.15 |
| Paid to Claims: | $29,688.57 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,736.65 | Total Plan Base: | $19,552.05 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.