United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                Case No. 19-17699-pmm

Jacqueline Amaro                                    Chapter 13

Miguel Amaro

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4                                 User: admin                                                  Page 1 of 3

Date Rcvd: Dec 02, 2024                          Form ID: 138OBJ                                   Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**         **Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++            Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jacqueline Amaro, Miguel Amaro, 4269 Foxwood Cir, Easton, Pa 18040-6676 |
| 14437693 | + | City of Easton, 1 S 3rd St, Easton, PA 18042-4543 |
| 14456233 | + | City of Easton, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14456232 | + | City of Easton, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14457498 | + | City of Easton, C/O JAMES RANDOLPH WOOD, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Ste. 100, King of Prussia, PA 19406-2726 |
| 14443319 | + | Federal Home Loan Mortgage Corporation, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14437694 | | Juan Martinez, 7021 Hopkins St, Charlotte, NC 28269-2339 |
| 14467897 | | U.S. Bank Trust National Association, et al, c/o SN Servicing Corporation, 353 Fifth Street, Eureka, CA 95501 |
| 14437704 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701-4747 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 03 2024 00:04:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 03 2024 00:04:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14447971 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 03 2024 00:14:16 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14454998 | | Email/PDF: bncnotices@becket-lee.com | Dec 03 2024 00:13:46 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14437691 | | Email/Text: bankruptcydpt@mcmcg.com | Dec 03 2024 00:04:00 | Citibank N.A., %Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14437692 | ^ | MEBN | Dec 02 2024 23:59:47 | Citibank N.A., %Portfolio REcov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14442592 | ^ | MEBN | Dec 02 2024 23:59:43 | Federal Home Loan Mortgage Corporation, as Trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14437695 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 03 2024 00:04:00 | Kohls/Capital One, Kohls Credit, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14437696 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 03 2024 00:04:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14437697 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 03 2024 00:04:00 | Midland Funding, 2365 Northside Dr Ste 30, San |

Case 19-17699-pmm   Doc 116   Filed 12/04/24   Entered 12/05/24 00:40:17   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 02, 2024 | Form ID: 138OBJ | Total Noticed: 31 |

| Recip ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | Diego, CA 92108-2710 |
| 14449430 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 03 2024 00:14:22 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14437698 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 03 2024 00:25:36 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14444715 | Email/Text: bnc-quantum@quantum3group.com | Dec 03 2024 00:04:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14469093 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 03 2024 00:04:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14437699 | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 03 2024 00:14:57 | Syncb/Walmart DC, PO Box 965024, Orlando, FL 32896-5024 |
| 14437700 | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 03 2024 00:14:52 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14437701 | Email/Text: bncmail@w-legal.com | Dec 03 2024 00:04:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 14437702 | Email/Text: bncmail@w-legal.com | Dec 03 2024 00:04:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 14437703 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 03 2024 00:14:46 | Wells Fargo, PO Box 10335, Des Moines, IA 50306-0335 |
| 14450641 + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 03 2024 00:13:38 | Wells Fargo Bank, N.A., Attn: Default Document Processing, 1000 Blue Gentian Road, MAC# N9286-01Y, Eagan, MN 55121-1663 |
| 14437705 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 03 2024 00:14:52 | Wells Fargo Home Mortgag, PO Box 14411, Des Moines, IA 50306-3411 |
| 14437706 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 03 2024 00:15:01 | World Financial Network Bank, %Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14455672 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2024          Signature:          /s/Gustava Winters

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 02, 2024 | Form ID: 138OBJ | Total Noticed: 31 |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN E. CAINE | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| BRIAN E. CAINE | on behalf of Creditor US Bank Trust National Association as Trustee of the Cabana Series IV Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor City of Easton jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JOHN EVERETT COOK | on behalf of Joint Debtor Miguel Amaro bankruptcy@everettcooklaw.com g29494@notify.cincompass.com;cook.everettb129037@notify.bestcase.com |
| JOHN EVERETT COOK | on behalf of Debtor Jacqueline Amaro bankruptcy@everettcooklaw.com g29494@notify.cincompass.com;cook.everettb129037@notify.bestcase.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 mimcgowan@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 rshearer@raslg.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

*Form 138OBJ* (6/24)–doc 115 – 104

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    Jacqueline Amaro    Miguel Amaro    Debtor(s). | Case No. 19−17699−pmm    Chapter: 13 |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

>Eastern District of Pennsylvania
>United States Bankruptcy Court
>Office of the Clerk, Gateway Building
>201 Penn Street, 1st Floor
>Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: December 2, 2024

For The Court

Timothy B. McGrath
Clerk of Court